# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shushan, Sally A. | USDC Eastern District of LA | 6/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Fulltime U.S. Mag. Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

500 Poydras Street
Room B-345
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Commercial Bank | Personal guarantee for Stradinger Cay, LLC | L |
| 2. | Regions Bank | Personal guarantee for Moosh Enterprises, LLC | M |
| 3. | Regions Bank | Personal guarantee for Josh Enterprises, LLC | M |
| 4. | State Bank and Trust | Personal guarantee for Josh Enterprises, LLC | M |
| 5. | Trustmark Bank | Personal guarantee for Draper Lake Holdings, LLC | M |
| 6. | State Bank and Trust | Personal guarantee for Stradinger Investments, LLC | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA ACCOUNT 1 | | | | | | | | | |
| 2.  -Time Warner Inc | | None | | | Sold | 01/03/11 | J | B | |
| 3.  -Cisco Systems | | None | | | Sold | 01/03/11 | K | C | |
| 4.  -Coca-Cola Company | | None | | | Sold | 01/03/11 | J | B | |
| 5.  -Sara Lee Corp. | | None | | | Sold | 02/01/11 | J | D | |
| 6.  -Loomis Sayles Bond fund | C | Dividend | L | T | | | | | |
| 7.  -Mutual Quest fund | B | Dividend | K | T | | | | | |
| 8.  -First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 9.  -Schwab Money Market fund | A | Interest | M | T | | | | | |
| 10.  -Powershs QQQ Trust Ser 1 | A | Dividend | J | T | | | | | |
| 11.  -Vanguard Short-Term Investment Grade Fund | B | Dividend | L | T | | | | | |
| 12.  -Vanguard Health Care Fd | B | Dividend | K | T | | | | | |
| 13.  -T Rowe Price Intl Bond Fund | A | Dividend | J | T | | | | | |
| 14.  -Disney Walt Co | A | Dividend | | | Sold | 01/03/11 | J | B | |
| 15.  -Vanguard Life Strategy | | None | | | Sold | 02/01/11 | L | D | |
| 16.  -Rainier Small/Mid Cap Equity Portfolio | | None | | | Sold | 07/27/11 | J | A | |
| 17.  -Harbor Bond Fund Inst | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Vanguard High Yield Corp Fund | A | Dividend | | | Sold | 02/07/11 | K | C | |
| 19.   -Hewlett-Packard Company | A | Dividend | J | T | | | | | |
| 20.   -Gabelli Equity Income | A | Dividend | K | T | | | | | |
| 21.   -Perkins Mid Cap Value Fund | B | Dividend | K | T | | | | | |
| 22.   -Lazard Emerging Markets | A | Dividend | J | T | | | | | |
| 23.   -Metropolitan West Total Return Bond Fund | C | Dividend | L | T | | | | | |
| 24.   -Ishares Tr Barclays Tips Bond Fd | | None | | | Sold | 01/03/11 | K | B | |
| 25.   -Time Warner Cable | | None | | | Sold | 01/03/11 | J | B | |
| 26.   BROKERAGE ACCOUNT 1 | | | | | | | | | |
| 27.   -T Rowe Price Mid Cap Growth Fund | B | Dividend | K | T | | | | | |
| 28.   -Schwab Cash Reserves | | None | J | T | | | | | |
| 29.   LLC's | | | | | | | | | |
| 30.   -Josh Texas, LLC (see note 1 in Part VIII) | | None | | | | | | | |
| 31.   -Gulch Investments, LLC - Jackson, MS | | None | L | U | | | | | |
| 32.   -Draper Lake Holdings, LLC | | None | K | U | | | | | |
| 33.   -Josh Enterprises, LLC | | None | M | U | | | | | |
| 34.   -Orange Leap, LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Stradinger Cay, LLC | | None | L | U | | | | | |
| 36. -Stradinger Investments, LLC | | None | K | U | | | | | |
| 37. -Moosh Enterprises, LLC | | None | L | U | Buy | 06/15/11 | L | | |
| 38. BROKERAGE ACCOUNT 2 | | | | | | | | | |
| 39. -Northern Mun Pwr Agy Minn Elec Sys Rev Cap Apprec Ref | | None | | | Redeemed | 01/03/11 | K | | |
| 40. -Orleans Parish LA Sch Brd Corpus Pram Ser 57 | | None | | | Redeemed | 02/01/11 | J | | |
| 41. -Will Cnty Ill Fst Presv Dist Ser-B | | None | J | T | | | | | |
| 42. -East Baton Rouge LA Mtg Fin Au Sngl Fam Ref Ser-A | | None | | | Redeemed | 10/03/11 | J | | |
| 43. -Harris Cnty TX General Obligation Ref | | None | J | T | | | | | |
| 44. -East Baton Rouge LA Mtg Fin Au Sngl Fam Ref Ser A | | None | | | Redeemed | 10/03/11 | J | | |
| 45. -Kane Cook & DuPage Cntys IL Sch Dist | | None | J | T | | | | | |
| 46. -Orleans Parish LA Sch Brd Ref | | None | J | T | Redeemed (part) | 01/19/11 | J | | |
| 47. -Bexar Tex Met Dev Corp Wtr Fac Contract Rev | | None | K | T | | | | | |
| 48. -Ennis Tex Indpt Sch Dist Psf Gtd | | None | J | T | | | | | |
| 49. -Wal-mart De Mexico SA Spon ADR | A | Dividend | J | T | | | | | |
| 50. -E-470 Pub Hwy Auth Colo Rev Rfdg | | None | K | T | | | | | |
| 51. -Morgan Stanley Bank (x) | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA ACCOUNT 2 | | | | | | | | | |
| 53. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 54. -MS Hybird Leveraged Curve Steepener Based on CMS & SPX | A | Interest | K | T | Buy | 07/26/11 | K | | |
| 55. IRA ACCOUNT 3 | | | | | | | | | |
| 56. -NWQ Inv Mgmt Co International Value ADR | C | Dividend | M | T | | | | | |
| 57. BANK ACCOUNT 1 | | | | | | | | | |
| 58. -Charles Schwab Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII.
1. Part VII, page 1, line 30 - This entity was sold in 2006, but was erroneously left on the report.

| Name of Person Reporting | Date of Report |
|---|---|
| Shushan, Sally A. | 6/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544